Cm

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
VINCENT E. VICARI

Plaintiff,

-against-

ORDER
CV05-4967 (CBA)

COMMISSIONER OF SOCIAL SECURITY

Defendant.
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

AMON, U.S. DISTRICT JUDGE

Plaintiff initiated this action by filing a complaint on **October 25, 2005**. The parties are directed to adhere to the following policies, which the Board of Judges has adopted for expediting the disposition of Social Security cases.

Defendant will promptly obtain and file the administrative record of the proceedings below and will file its answer within 120 days and in any event, by **February 21, 2006**. The defendant will move for judgment on the pleadings, unless otherwise directed by the Court, within 60 days after filing its answer or by **April 21, 2006**.

Plaintiff's response papers will be filed within 30 days, and in any event by **May 19, 2006**. The Court will notify the parties of the date and time set for oral argument upon receipt of the parties' written submissions.

So Ordered.

Dated: Brooklyn, New York
October 31, 2005

/S/ HON CAROL B. AMON
Carol Bagley Amon
United States District Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 7 2005 ★
P.M. _____
TIME A.M. _____